**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  25-CR-685-LL |
| Plaintiff, | **I N F O R M A T I O N**<br>**Superseding** |
| v. | Title 18, U.S.C., Sec. 1001(a)(2) – False Statement to a Federal Law Enforcement Officer (Felony) |
| EDWIN ALEJANDRO REGALADO DURAN (1), | |
| Defendant. | |

The Acting United States Attorney charges:

On or about February 9, 2025, within the Southern District of California, defendant, EDWIN ALEJANDRO REGALADO DURAN, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Homeland Security, an agency of the executive branch of the Government of the United States, to wit: defendant stated to a Border Patrol Agent that he did not  have any weapons in his vehicle. The statement and representation were false because, as defendant then and there well knew, defendant had a BB gun rifle concealed in the trunk of his vehicle; all in violation of Title 18, United States Code, Section 1001(a)(2).

KSCH:3/24/2025

DATED: March 24, 2025.

ANDREW R. HADEN
Acting United States Attorney

*Kaley S. Chan*
KALEY S. CHAN
Assistant U.S. Attorney